[No. 9028-7-II.  Division Two.  May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MAXIMILIANO POLVOS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01921-4, Rosanne Buckner, J., entered August 6, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Conoley and Howard, JJ. Pro Tem.

[No. 8947-5-II.  Division Two.  May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
KEITH B. CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00475-2, James I. Maddock, J., entered June 17, 1985. *Affirmed* by unpublished opinion per Hopkins, J. Pro Tem., concurred in by Dolliver and Reser, JJ. Pro Tem.

[No. 8560-7-II.  Division Two.  May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RICHARD LANGE ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01061-6, Waldo F. Stone, J., entered January 28, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Alexander, A.C.J., and Soule, J. Pro Tem.